UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAHAR ABDULLAH and
MATTHEW W. WILLOX,
on behalf of themselves and others similarly
situated,

      Plaintiffs,

                U.S. District Court No. 19-10220
                Hon. Arthur J. Tarnow

vs.

CITY OF DEARBORN,

      Defendant.
_____/

| AARON D. COX (P69346) | BRADLEY J. MENDELSOHN (P73671) |
|---|---|
| Co-Counsel for Plaintiffs | DEBRA A. WALLING (P37067) |
| 23380 Goddard Rd. | Attorneys for Defendant |
| Taylor, MI 48180 | 16901 Michigan Avenue, Ste. 14 |
| (734) 287-3664 | Dearborn, MI 48126 |
| aaron@aaroncloxlaw.com | (313) 943-2035 |
| | bmendelsohn@ci.dearborn.mi.us |
| MARK K. WASVARY (P51575) | dwalling@ci.dearborn.mi.us |
| Co-Counsel for Plaintiffs | |
| 2401 W. Big Beaver Rd., Ste. 100 | |
| Troy, MI 48084 | |
| (248) 649-5667 | |
| mark@wasvarylaw.com | |

_____/

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

      The parties, through their respective attorneys, having agreed to the dismissal of this matter with prejudice, in accordance with the terms of a Confidential Settlement Agreement and Release, and the Court being otherwise fully advised in the premises.

IT IS HEREBY ORDERED.

Plaintiffs' Complaint, on behalf of themselves and others similarly situated, is hereby dismissed in its entirety, with prejudice, and without costs or attorneys' fees to any party.

This resolves the last pending claim and closes the case.

s/Arthur J. Tarnow  
Arthur J. Tarnow  
United States District Judge

Dated: August 11, 2020

Approved as to substance and form:


By: */s/ BRADLEY MENDELSOHN*  
BRADLEY J. MENDELSOHN (P73671)  
Attorney for Defendant


By: */s/ AARON D. COX (w/consent)*  
AARON D. COX (69346)  
Attorney for Plaintiffs

By: */s/ MARK K. WASVARY (w/consent)*  
AARON D. COX (51575)  
Attorney for Plaintiffs